**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| **DAVID WAYNE SCHWARZ, 31337-177,** ) | |
|     Petitioner, ) | |
| ) | |
| v. ) | No. 3:11-CV-0822-D |
| ) | |
| **UNITED STATES OF AMERICA,** ) | |
|     Respondent. ) | |

### ORDER

After making the review required by 28 U.S.C. § 636(b), the court finds that the findings, conclusions, and recommendation of the magistrate judge are correct, and they are adopted as the findings and conclusions of the court.

**SO ORDERED**.

August 16, 2011.

_____
SIDNEY A. FITZWATER
CHIEF JUDGE